UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 30, 2003

Memo To Counsel Re: Vector Tobacco Ltd, et al. v. Liberty Brands, LLC, et al.
Civil No. JFM-03-415

Dear Counsel:

    Attached please find copies of this court's form scheduling order and of an article I have written entitled "Limiting Deposition Hours - Its Method and Rationale" that were omitted from the correspondence dated April 24, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge