## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | \* | |
| Vector Tobacco Ltd. and Vector Tobacco Inc. | | |
| **Plaintiff(s)** | \* | |
| | | Case No.: JFM 03CV 415 |
| **vs.** | \* | |
| | | |
| Liberty Brands, LLC, Barry Garner and Betty Miser | \* | |
| **Defendant(s)** | | |
| | \*\*\*\*\*\* | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Charles F. Morgan , am a member in good standing of the bar

of this Court.  My bar number is 00436 .  I am moving the admission of

James M. Gibson to appear *pro hac vice* in this case as

counsel for Vector Tobacco Ltd. and Vector Tobacco Inc., plaintiffs .

We certify that:

1.     The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York | 1994 |
| U.S. District Courts of New York | 1996 |
| Federal Circuit | 1995 |
| | |

2.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.     The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT                                          PROPOSED ADMITTEE


_____                _____
Signature                                       Signature

Charles F. Morgan                               James M. Gibson
_____                _____
Printed Name                                    Printed Name

Hodes, Ulman, Pessin & Katz, P.A.               Fitzpatrick, Cella, Harper & Scinto
_____                _____
Firm                                            Firm

901 Dulaney Valley Road, Suite 400, Towson, MD 21204    30 Rockefeller Plaza, New York, NY 10112
_____                _____
Address                                         Address

(410) 938-8800                                  (212) 218-2267
_____                _____
Telephone Number                                Telephone Number

(410) 938-8806                                  (212) 218-2200
_____                _____
Fax Number                                      Fax Number
*****************************************************************************

## ORDER

☐ GRANTED          ☐ DENIED


_____                _____
Date                                            Clerk, United States District Court



# U.S. District Court

*For The*
*District*
*of Maryland*

## Electronic Case Files
## Attorney/Participant Registration
## Form

This form is to be used to register for a *Pro Hac Vice* account on the Court's Electronic Case Files (ECF) System. Registered attorneys will be able to electronically file documents. The following information is required for registration:

First Name  James _____    Middle Name  M. _____

Last Name  Gibson _____    Generation _____

Last four digits of Social Security Number (for Security Verification)  9234 _____

Firm Name  Fitzpatrick, Cella, Harper & Scinto _____

Firm Address  30 Rockefeller Plaza, New York, NY 10112 _____

_____

Voice Phone Number  (212) 218-2267 _____

Fax Number  (212) 218-2200 _____

Internet E-Mail Address  jgibson@fchs.com _____

1. This system is for use only in cases before the *U.S. District Court for the District of Maryland*. It may be used to file electronic documents.

2. An attorney's/participant's password issued by the court combined with the user's login serves as and constitutes the attorney's/participant's signature.

3. An attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect that the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the Electronic Case Filing System and issue a new password.

4. Registration as a user constitutes:
   a) Consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and
   b) Consent to electronic service and waiver of service by any other means, except for original process.

5. Attorneys must be members in good standing of the bar of this court, or permitted by statute or Local Rule to appear without being a member of the bar, to file papers electronically.

**Please include this completed form with your Motion for Admission *Pro Hac Vice*.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2003, a copy of the aforegoing

Motion for Admission Pro Hac Vice was mailed first class, postage prepaid to

> John J. McDermott, Esq.
> Hall Estill Hardwick Gable Golden and Nelson PC
> 1120 20th St NW Ste 700
> Washington, DC 20036-3406

_____

Charles M. Morgan