# HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road ~   Suite 400   Towson, MD 21204

phone 410.938.8800 1 fax 410.823.6017        www.hupk.com

**Charles F. Morgan**
WRITER'S DIRECT DIAL NUMBER:
(410) 339-5794
fmorgan@hupk.com

June 26, 2003

Felicia C. Cannon, Clerk
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

      Re:   *Vector Tobacco Ltd.,. et al. v. Liberty Brands, LLC, et al.*
           *Case No. JFM 03CV 415*

Dear Ms. Cannon:

    This letter is to respond to the deadline in the Scheduling Order in the above-referenced action with respect to early ADR.  There will not be a joint request for early settlement/ADR conference

    Thank you for your consideration of these matters.

                                      Very truly yours,

                                      /s/

                                      Charles F. Morgan

CFM:tmm
cc:  John J. McDermott, Esq.
     James M. Gibson, Esq.