IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VECTOR TOBACCO LTD. <br> and <br> VECTOR TOBACCO INC. <br><br> Plaintiffs <br><br> v. <br><br> LIBERTY BRANDS, LLC, <br> BARRY GARNER, and <br> BETTY MISER <br><br> Defendants | * <br> <br> * <br><br> * <br><br> *   Case No. JFM 03CV 415 <br><br> * <br> <br> * <br><br> * |

* * * * * * * * * * * * *

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED.R.CIV.P.41(a)(1), WITHOUT PREJUDICE**

The parties to this action, through their respective undersigned counsel, hereby voluntarily and jointly dismiss the above-captioned action, without prejudice.

Parties shall bear their own costs.

| /s/ | /s/ |
|---|---|
| John J. McDermott, Federal Bar No. 14868 | Charles F. Morgan, Federal Bar No. 00436 |
| Craig A. Koenigs | Harry M. Rifkin, Federal Bar No. 01333 |
| HALL, ESTILL, HARDWICK GABLE | HODES, ULMAN, PESSIN & KATZ, P.A. |
|   GOLDEN & NELSON, P.C. | 901 Dulaney Valley Road, Suite 400 |
| 1120 20th Street, N.W. | Towson, MD 21204-2600 |
| Suite 700 North Building | Telephone (410) 938-8800 |
| Washington, DC 20036 | Facsimile (410) 938-8806 |
| Telephone (2020 973-1200 | Attorneys for Plaintiffs, Vector Tobacco Ltd., |
| Facsimile (202) 973-1212 | and Vector Tobacco Inc. |
| Attorneys for Defendants, Liberty Brands, LLC, | |
|   Barry Garner and Betty Miser | |

- 2 -

                                      <u>Of Counsel</u>
                                      Pasquale A. Razzano
                                      James M. Gibson
                                      FITZPATRICK, CELLA,
                                         HARPER & SCINTO
                                      30 Rockefeller Plaza
                                      New York, New York  10112
                                      Telephone:  (212) 218-2100
                                      Facsimile:   (212) 218-2200

SO ORDERED,  this _____ day of October, 2003,


_____
J. Frederick Motz
United States District Judge